908 A.2d 180

IN THE MATTER OF BERNARD J. MCBRIDE, JR., AN ATTORNEY AT LAW.

October 18, 2006.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 06–082, concluding that **BERNARD J. McBRIDE, JR.**, formerly of **DEPTFORD**, who was admitted to the bar of this State in 1990, and who was transferred to disability inactive status pursuant to *Rule* 1:20–12, by Order of the Court filed on September 21, 2005, should be reprimanded for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.1(b) (pattern of neglect), *RPC* 1.4(a) and (b) (failure to keep client reasonably informed about the status of matter, and failure to explain matter to extent reasonably necessary to permit client to make informed decisions regarding representation), *RPC* 1.15(a) (failure to safeguard clients' and third parties' funds), *RPC* 1.15(b) (failure to promptly disburse clients' and third parties' funds), and *RPC* 8.1(b) (failure to cooperate with disciplinary authorities), and good cause appearing;

It is ORDERED that **BERNARD J. McBRIDE, JR.**, is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.